ETHEL FOYE v. HERBERT MOSES.

Concur —
Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.